UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ANAYA ROMO ANASILVIA,** | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.7:24-cv-1154-AMM-HNJ |
| **WARDEN NEELY,** *et al.*, | ) ) ) |
| Respondents. | ) ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report, Doc. 10, on May 6, 2025, recommending that the court deny petitioner Anaya Romo Anasilvia's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, and dismiss her claims without prejudice as moot. In the alternative, the Magistrate Judge recommended the court deny Ms. Anasilvia's Section 2241 habeas petition, Doc. 1, and dismiss her claims without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for her failure to prosecute her claims. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Ms. Anasilvia's Section 2241 habeas petition, Doc. 1, is due to be dismissed without prejudice as moot. In

the alternative, the court finds that Ms. Anasilvia's Section 2241 habeas petition, Doc. 1, is due to be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for her failure to prosecute her claims. A final judgment will be entered.

It is **ORDERED** that Respondent's Motion for Summary Judgment, Doc. 5, is **DENIED** as **MOOT**.

**DONE** and **ORDERED** this 5th day of June, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE